UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10822-RGS

ANDREW COE

v.

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration

<u>ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE</u>

September 6, 2022

STEARNS, D.J.

I agree with Magistrate Judge Boal's thorough and careful analysis of the record and her conclusion that the Commissioner correctly found that plaintiff Coe was not disabled within the meaning of the Social Security Act. I further agree with the Magistrate Judge that any error in the Administrative Law Judge's findings or omissions regarding petitioner's complaints of Bipolar II disorder and obesity were harmless considering the record as a whole. Consequently, the Magistrate Judge's Recommendation is <u>ADOPTED</u>, plaintiff's motion to reverse or remand the decision of the Commissioner is <u>DENIED</u>, and the Commissioner's motion to affirm is

ALLOWED.[1]   The Clerk will enter judgment for the Commissioner and close the case.

                              SO ORDERED.

                              /s/ Richard G. Stearns
                              UNITED STATES DISTRICT JUDGE

---

[1] Coe filed an Objection to the Magistrate's Report and Recommendation. Dkt #30. The objections raise no new grounds for consideration.